**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ESTATE OF COLEEN TOMCIK : No. 33 WAL 2023
:
:
PETITION OF: JEFFREY TOMCIK : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.